**PROPOSED ORDER/COVER SHEET**

**TO:**     **Honorable Virginia K. DeMarchi**          **RE:**   **William Rodriguez**
          **United States Magistrate Judge**

**FROM:**   **Silvio Lugo, Chief**                       **Docket No.:**   **5:21-cr-00328-EJD-18**
          **U.S. Pretrial Services Officer**

**Date:**    **6/14/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel                                    (408) 535-5226

U.S. Pretrial Services Officer                    **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]   Modification(s)

    **A.**
    **B.**

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]   Other Instructions:

_____

_____

_____ _____
**JUDICIAL OFFICER**                    June 15, 2026
                              **DATE**