**ALANNA D. COOPERSMITH** (SBN 248447)
Attorney at Law,
420 Third Street, Suite 250
Oakland, California 94607
Tel. 510.628.0596
Fax. 866.365.9759
alanna@eastbaydefense.com

Counsel for Defendant
**WILLIAM RODRIGUEZ**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**WILLIAM RODRIGUEZ,**<br>Defendant. | No. 21-CR-328 YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR OUT-OF-DISTRICT TRAVEL**<br>***AS MODIFIED*** |

Defendant William Rodriguez, by and through his counsel, Alanna Coopersmith, and the government, by and through Assistant United States Attorney, George Hageman, stipulate and agree as follows:

William Rodriguez has been on pretrial release subject to supervision by Pretrial Services since March 31, 2022. He is a participant in the post-plea Conviction Alternatives Program (CAP). Mr. Rodriguez seeks leave of court to travel out of the Northern District of California to Hawaii from October 11, 2026 through October 16, 2026, for vacation. We understand that the CAP team, including Pretrial Services, is aware of the request and has no objection.

For these reasons, the parties stipulate and agree that Mr. Rodriguez be granted leave to travel out of the Northern District of California from October 11 through October 16, 2026, as per

the attached order.

**IT IS SO STIPULATED.**

Dated: September 21, 2026

s/ *Alanna Coopersmith*
ALANNA COOPERSMITH
Counsel for Defendant
WILLIAM RODRIGUEZ

CRAIG H. MISSAKIAN
United States Attorney

Dated: September 21, 2026

s/ *George Hageman*
GEORGE HAGEMAN
Assistant U.S. Attorney

***AS MODIFIED***
**~~[PROPOSED]~~ ORDER**

Based upon the foregoing stipulation, and for good cause shown therein, it is hereby ORDERED that William Rodriguez may leave the Northern District of California to travel to Honolulu, Hawaii, from October 11, 2026 through October 16, 2026. **Mr. Rodriguez must continue to fulfill all requirements of the CAP program while in Hawaii.**

**IT IS SO ORDERED.**

Date: September 21, 2026

Virginia K. DeMarchi
VIRGINIA K. DEMARCHI
United States Magistrate Judge